# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| JONATHAN WOUK, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2013-CV-1932 |
| | ) | |
| v. | ) | Honorable Judge Sara L. Ellis |
| | ) | |
| MONDI PACKAGING USA INC. | ) | |
| d/b/a MONDI USA INC., | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION TO DISMISS WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Jonathan Wouk, by and through his attorneys, Nicholas F. Esposito and Delia Di Venere, and Mondi Packaging USA Inc. d/b/a Mondi USA Inc. by and through its attorneys, Julie A. Proscia and Michael D. Wong, being all the parties who have appeared in this action, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) this action be dismissed in its entirety, with prejudice, with each party to bear its own attorneys' fees and costs. This Court shall retain jurisdiction to enforce the settlement agreement.

**Respectfully submitted this 4th day of March, 2014**.

**Plaintiff's Attorneys**:

By:    /s/ Delia Di Venere
Nicholas F. Esposito (Lead Trial Attorney)
Bradley K. Staubus
Delia Di Venere
Esposito & Staubus LLP
7055 Veterans Blvd., Unit B
Burr Ridge, IL 60527
(312) 346-2766

**Defendant's Attorneys**:

By:    /s/Michael D. Wong
Julie A. Proscia (Lead Trial Attorney)
Michael D. Wong
SmithAmundsen, LLC
3815 E. Main St.
Suite A-1
St. Charles, IL 60174
(630) 587-7911

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 4, 2014, I electronically filed the foregoing *Stipulation to Dismiss with Prejudice* with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Nicholas F. Esposito
Bradley K. Staubus
Delia Di Venere
ESPOSITO & STAUBUS LLP
7055 Veterans Blvd., Unit B
Burr Ridge, IL 60527
(312) 346-2766
nfe@eslaw500.com
bks@eslaw500.com
ddv@eslaw500.com
Attorneys for Plaintiff

I further hereby certify that I have mailed by United States Postal Service the document to any non-CM/ECF participants.

/s/ Michael D. Wong
Julie A. Proscia, Esq. (ARDC No. 6280896)
Michael D. Wong, Esq. (ARDC No. 6291089)
Attorney for Defendant
SMITHAMUNDSEN, LLC
3815 E. Main Street; Suite A-1
St. Charles, Illinois 60174
Telephone – (630) 587-7911
Facsimile – (630) 587-7960
JProscia@salawus.com
Mwong@salawus.com